UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

JESSIE J. BARNES,
                    PLAINTIFF

V.S.

STACY DOMINIC, CAPTAIN OF UPSTATE CORRECTIONAL FACILITY;
STEVEN SHLS, JR., GARY GETTMAN AND JAMES H. ANCTIL
LIEUTENANTS OF UPSTATE CORRECTIONAL FACILITY; JARRED
BULLOCK AND TREVOR DUNNING, SERGEANTS OF UPSTATE
CORRECTIONAL FACILITY; STEVEN WILSON, JR., RANDY
MITCHELL, ANDREW BOUCHEY, CRAIG P. MANVILLE,
KEVIN PREMO, KEVIN D. ST. MARY, ADAM SOUTHWORTH,
MICHAEL RILEY, AUSTIN A. HELMS AND STEPHAN T.
LAGRAY, CORRECTION OFFICERS OF UPSTATE CORRECTIONAL
FACILITY,
                    DEFENDANT(S)

                                                          COMPLAINT

PLAINTIFF, JESSIE J. BARNES, PROCEEDING PRO SE BY VERIFIED COMPLAINT
AGAINST DEFENDANTS, ALLEGES AS FOLLOWS:

## INTRODUCTION

1. IN THIS CASE, PLAINTIFF JESSIE J. BARNES, WHO WAS INCARCERATED AT UPSTATE
CORRECTIONAL FACILITY (UPSTATE), SEEKS TO RECOVER FOR THE INJURIES THAT
DEFENDANTS, CORRECTION OFFICERS, SERGEANTS, LIEUTENANTS AND CAPTAIN AT
'UPSTATE', CAUSED ME WHEN IN RETALIATION FOR ANY CONSTITUTIONALLY PROTECTED

CONDUCT TO PETITION THE GOVERNMENT FOR A REDRESS OF GRIEVANCES IN BOTH ADMINISTRATIVE AND JUDICIAL FORUMS THEY MALICIOUSLY, WANTONLY AND UNNECESSARILY BEAT ME.

2. IN PARTICULAR, THIS VERIFIED COMPLAINT SEEKS DAMAGES AGAINST THE DEFENDANTS FOR INJURIES THEY CAUSED PLAINTIFF IN THEIR UNNECESSARY AND WANTON USE OF EXCESSIVE FORCE AGAINST HIM ON JUNE 18, 2019 AND AUGUST 6, 2019.

3. IN ADDITION, THE JUNE 18, 2019 AND AUGUST 6, 2019 BEATINGS WERE INSTIGATED BY DEFENDANTS STEVEN SALLS, JR., TREVOR TENEYCK, JARRED BULLOCK, RANDY MITCHELL, TREVOR DUNNING, STEVEN WILSON JR, GARY GETTMAN CRAIG P. MANVILLE, KEVIN D. ST. MARY, ADAM D. SOUTHWORTH, AUSTIN HELMS MICHAEL L. RILEY AND JAMES H. ANCTIL, FOR THE PURPOSE OF RETALIATION AGAINST PLAINTIFF'S EXERCISE OF HIS CONSTITUTIONAL RIGHT IN COMMENCEMENT OF GRIEVANCES CLOSE PROXIMITY OF INVESTIGATION OF THEIR ALLEGED MISTREATMENT OF PLAINTIFF RESPONSES. (SEE EXHIBITS A - M)

4. FURTHERMORE, THE JUNE 18, 2019 BEATING WAS SENSELESS BASELESS LIES INSTIGATED BY STEVEN SALL JR., TREVOR DUNNING, GARY GETTMAN, CRAIG P. MANVILLE, KEVIN D. ST. MARY, ADAM SOUTHWORTH, AUSTIN HELMS, MICHAEL L. RILEY AND JAMES H. ANCTIL IN RETALIATION OF PENDING FEDERAL COURT LITIGATIONS OR SETTLED ACTIONS BASED ON PRECISE, SAME OR SIMILAR MALICIOUS AND SADISTIC HARMFUL MALTREATMENT OF THE PLAINTIFF AS ALLEGED HEREIN. (SEE EXHIBITS A-M)

2.

5. ON AUGUST 6, 2019 DEFENDANT AUSTIN A. HELMS ISSUED A MENACING, CALCULATED "EYE FOR AN EYE" THREAT OF PHYSICAL HARM OR VIOLENCE TOWARD THE PLAINTIFF IN RETALIATION FOR HIS RECEIPT OF SERVICE OF SUMMONS AND COMPLAINT ON JUNE 18, 2019 (SEE EXHIBIT (EXH) A DKT NOS. 35, 37, 52) EXH B AT P.22; EXH C AT PP. 5-6; EXH E AT P.2). PRIOR TO DEFENDANT HELMS 8/6/19 DECISION TO ACT ON HIS ILL-WILL MOTIVES TO INSTIGATE SENSELESS UNNECESSARY PREMEDITAT-ED MALICIOUS AND SADISTIC APPLICATION OF EXCESSIVE USE OF FORCE UPON THE PLAINTIFF.

6. THE PLAINTIFF SEEKS DAMAGES UNDER 42 U.S.C. §1983 FOR DEFENDANTS' VIOLATIONS OF HIS RIGHTS UNDER THE FIRST, EIGHTH, AND FOURTEENTH AMENDMENTS OF THE UNITED STATES CONSTITUTION.

## PARTIES

7. AT ALL TIMES RELEVANT HEREIN, PLAINTIFF, JESSE L. BARNES, WAS ☒ INCARCERATED IN THE CUSTODY, CARE AND CONTROLS OF THE NEW YORK STATE DEPARTMENT OF CORREC-TIONAL SERVICE AND COMMUNITY SUPERVISION AND HOUSED AT THE 'UPSTATE' CORRECTIONAL FACILITY.

8. AT ALL TIMES RELEVANT HEREIN DEFENDANT STACY DOMINIC WERE EMPLOYED BY THE NEW YORK STATE DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION (NYSDOCCS) AND WERE ASSIGNED TO 'UPSTATE' CORRECTIONAL FACILITY (UPSTATE)

9. AT ALL TIMES RELEVANT HEREIN, DEFENDANTS, STEVEN SALLS JR., GARY GETTMAN AND JAMES ANCTIL WERE EMPLOYED BY (NYSDOCCS) AS LIEUTENANTS AND WERE ASSIGNED TO 'UPSTATE.'

3

10. AT ALL TIMES RELEVANT HEREIN, DEFENDANTS, JARRED BULLOCK AND TREVOR DUNNING WERE EMPLOYED BY THE (NYSDOCCS) AS CORRECTIONS SERGEANTS AND WERE ASSIGNED TO 'UPSTATE.'

11. AT ALL TIMES RELEVANT HEREIN STEVEN WILSON JR., RANDY MITCHELL, KEVIN BREANO, ANDREW BOUCHEY, CRAIG P. MAINVILLE, KEVIN D. ST. MARY, MITCHEL RILEY, ADAM SOUTHWORTH, AUSTIN A. HELMS, AND STEPHAN T. LAGRAY WERE EMPLOYED BY THE (NYSDOCCS) AS CORRECTIONS OFFICERS AND WERE ASSIGNED TO 'UPSTATE.'

12. AT ALL TIMES RELEVANT HEREIN, ALL DEFENDANTS WERE ACTING UNDER COLOR OF STATE LAW FOR PURPOSES 42 U.S.C.31983. ALL DEFENDANTS ARE SUED IN THEIR INDIVIDUAL CAPACITIES.

## JURISDICTION AND VENUE

13. THIS COURT HAS SUBJECT MATTER JURISDICTION OVER THIS MATTER UNDER 28 U.S.C.31331 BECAUSE THIS COMPLAINT RAISES FEDERAL QUESTIONS AND UNDER 28 U.S.C. 31341(a) BECAUSE THIS COMPLAINT ALLEGES THE DEPRIVATION OF FEDERAL RIGHTS UNDER COLOR OF STATE LAW.

14. VENUE IS PROPER IN THIS COURT UNDER 28 U.S.C. 31391(b)(2), BECAUSE A SUBSTANTIAL PART OF THE EVENTS OR OMISSIONS GIVING RISE TO THE CLAIMS ALLEGED HEREIN OCCURRED IN THE FOURTH JUDICIAL DISTRICT FRANKLIN COUNTY MALONE NEW YORK UNDER FEDERAL COURT VENUE OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF NEW YORK.

4

JUNE 18, 2019
FACTUAL ALLEGATIONS

15. SINCE 2019 THE PLAINTIFF HAS BEEN THE SUBJECT OF NUMEROUS TOO NO NUME-
ROUS TO TRY TO RECALL RUDE 'REIGN OF TERROR' CELL SEARCHES BY UPSTATE
STAFF TOGETHER WITH TRANSFERS TO CLINTON AND SOUTHPORT CORRECTION-
AL FACILITIES IN ~~THE~~ CALENDAR YEAR 2021 RESULTING IN ~~THE~~
LOSS OR DESTRUCTION OF ~~THE~~ THE GRIEVANCES NEEDED TO SUSTAIN THE
~~..................~~ CLOSE PROXIMITY FILE OF GRIEVANCES OVER
COURSE OF THREE (3) CONSECUTIVE ~~.....~~ WEEKS PROXIMATE CAUSE MOTIV-
ES OF TREVOR TENEYCK, DEFENDANT TO TAKE ADVERSE ACTIONS AGAINST
PLAINTIFF FILING A FALSE REPORT OMITTING ALL REFERENCE TO "POTATO CHIP
BAG" GARBAGE HE WAS USING TO INSTIGATE PHYSICAL FORCE ON PLAINTIFF
FOR, ON JUNE 18, 2019.

16. IF GIVEN OPPORTUNITY TO OBTAIN SAID GRIEVANCES AGAINST DEFENDANT
TREVOR TENEYCK FOR REPEATED DISGUSTING, HIDEOUS OF ACTS OF ABUSE
SPITTING CHEWING TOBACCO IN PLAINTIFF FOOD TRAYS TOGETHER WITH
OTHER HORRENDOUS ACTS OF ~~ABUSE~~ DOCUMENTED ABUSE DURING PRE-
TRIAL ORDER DISCOVERY TIME PERIOD.

17. ON MORNING ~~...............~~ OF JUNE 18, 2021 DEFENDANT TREVOR
~~R~~ TENEYCK ISSUED THE FOLLOWING RACIST AND RETALIATORY THREAT TO
PLAINTIFF AT 9-PA-7 OF: ("BARNES NIGGER YOU KEEP FILING GRIEVANCES
ON ME TELLING LIES ON ME, YOUR TURN IS COMING SOON, I WILL GET YOU
FOR FILING THOSE GRIEVANCES ON ME YOU FUCK'EN PIECE OF SHIT.")

18. THE PLAINTIFF ON 6/18/19 WAS THREATENED BY DEFENDANT RANDY MITCHELL

5.

AT 9-A1-7 CELL STATING: "BARNES I HAVE BEEN WAITING A LONG TIME TO HAVE AT YOUR ASS AND I DON'T CARE BECAUSE YOU GAVE BACK TWO (2) CHIP BAGS, WE STILL COMMING IN CELL TO GET YOUR ASS."

19. STEVEN SALLS JR. APPROACHED THE PLAINTIFF'S CELL AND STATED: "MR. BARNES OL BOY I SEE YOU JUST FILED ANOTHER LAWSUIT AGAINST ME WHICH MAKES ME, WHICH MAKES ME WANT TO KICK YOUR ASS THAT MUCH BADDER AND WHETHER YOU GAVE TWO (2) CHIP BAGS BACK OR NOT DON'T MEAN SQUAT TO ME BECAUSE I CAN DO WHAT I WANT AND I AM GOING TO GET YOU GOOD THIS TIME BITCH." (EXHIBITS 1A DKT. NO #4," L 4-23-11 AND 5/23/11 INCIDENTS)

20. ON JUNE 18, 2019 DEFENDANT SALLS LEFT MY CELL AND RETURNED DEFENDANTS STACY DOMINIC, JARRED BULLOCK, TREVOR DUNNING, ANDREW BOUCHEY, CRAIG MALIN VILLE, KEVIN DREMO, KEVIN D. ST. MARY, ADAM D. SOUTHWORTH AND MICHAEL L. RILEY, AND BULLOCK RELEASED TWO (2) BLASTS OF CHEMICAL SPRAY IN PLAINTIFF'S CELL.

21. THE PAIN AND SUFFERING WAS EXCRUCIATINGLY EXTREME FROM THE CHEMICAL REACTION OF OLEORESIN CAPSICUM ("OC") SPRAY AND THE MANY MEDIACTIONS THE PLAINTIFF WAS TAKING 100 MILIGRAMS (MG.) 10 MG. CETIRIZINE, 12.5 HYDROCHLORODITHIAZIDE, 10 MG. NORVASC, 500 MG. NAP-ROXEN, 325 MG. TYLENOL AND 500 MG. FLBERCON

22. THE PLAINTIFF'S BODY BOWELS, HEAD, AND ALL OF MY INTERAL ORGANS FELT AS IF THEY WERE ON FIRE AND GOING TO EXPLODE.

6.

23. THE PLAINTIFF AS A 53 YEARS OLD MAN FELT HE WOULD DIE. DEFENDANTS SALLS AND BULLOCK EST EXCESSIVELY LEFT ME IN CELL WITH REMNANTS OF CHEMICAL AGENTS TO INFLICT MORE EXTREME UNNECESSARY PAIN AND SUFFERING.

24. THE DEFENDANTS OF CORRECTION OFFICERS IN RIOT GEAR IN CONSISTING OF ANDREW BOUCHEY, CRAIG MAINVILLE, KEVIN PREMO, KEVIN D. ST. MARY, ADAM SOUTHWORTH AND MICHAEL RILEY USED THEIR BODIES TO IMPADE VIEW OF FIXED SURVEILLANCE CAMERA'S TO BEND MY FINGERS, AS ONE OF THE DEFENDANTS PUT THE PLAINTIFF EXTREMELY TO TOO TIGHT TO INFLICT MORE SUFFERAGE AND TWISTING CUFFES LIKE A WEAPON TO CAUSE MORE PAIN. (SEE EXHIBITS (EXH) L AND M)

25. THE PLAINTIFF WAS REMOVED FROM 9-A1-7 CELL WITH TWO (2) OF THE DEFENDANTS ON LEFT AND RIGHT'S SIDES WHEN THE PLAINTIFF WAS REMOVED FROM USED THEIR IN EXCESS OF 200 LBS IN WEIGHT TO MALICIOUSLY AND SADISTICALLY TWIST HANDCUFFS AND PULL DOWNWARD TO INFLICT SHOCK OF INTENSE EXTREME PAIN AND SUFFERING. THE WAS DONE BY EITHER BOUCHEY, MAINVILLE, PREMO, ST. MARY, SOUTHWORTH OR RILEY.

26. THE PLAINTIFF CONTINUED TO SCREAM ABOUT THE NEEDLESS INFLICTION OF PAIN BY THE TWO DEFENDANTS EITHER A. BOUCHEY, C. MAINVILLE, K. PREMO, K. ST. MARY, A. SOUTHWORT OR M. RILEY TWISTING CUFFS AND PUSHING DOWN WITH THEIR WEIGHT MALICIOUSLY AND SADISTICALLY TO CAUSE HARM, AND SUFFERING UNNECESSARILY

27. DESPITE PLAINTIFF SCREAMING IN PAIN THE TWO (2) DEFENDANTS ON HIS LEFT AND RIGHT SIDES CONTINUED TO SENSELESSLY DESECRATE ME USING CUFFS TO

7.

INFLICT PAIN USING THEIR BODY WEIGHT TO PULL DOWN-WARD DURING ESCORT WAS ALL THE OFF GALLERY THREW OCTAGON AREA TO SLOP-SINK WHERE I WAS TO BE DECONTAMINATED UNDER SHOWER HEAD.

28. FROM THE TIME THE PLAINTIFF EXITED CELL THROUGH ESCORT TO THE SLOP DESPITE THE PLAINTIFF SCREAMING IN PAIN FROM THE TWO (2) DEFENDANTS ON HIS LEFT AND RIGHT SIDES TWISTING CUFFS AND USING THEIR BODY WEI-GHT TO INFLICT MALICIOUS AND SADISTIC INTENSE PAIN AND SUFFERING. DEFEND-ANTS BULLOCK, DOMINIC, TREVOR DUNNING, DOMINIC AND THE OTHER FOUR (4) DEFENDANT OFFICERS IN RIOT GEAR INTENTIONALLY INTENTLY STARED WITH PURPOSEFUL FAILURE TO INTERCEDE ON THIS ATROCIOUS DESECRATION OF PLAINTIFF.

29. THE PLAINTIFF ENTERED SLOP SINK WHERE THE TWO OFFICER DEFENDANTS ON MY LEFT AND RIGHT SIDES CRUELLY TILTED MY HEAD BACK UP TOWARD SHOWER HEAD WITH WATER SPRAYING OUT COLD HEARTEDLY CAUSING WATER TO RUN UP MY NOSE AND IN MY MOUTH AT SAME TIME TO DROWN ME ON MY FEET. THIS WAS SO EXCRUCIATINGLY PAINFUL

30. THESE TWO DEFENDANTS OR EITHER A. BOUCHER, C. MATAVILLE, K. PREMO, K. ST MARY, A. SOUTHWORT OR M. RILEY ON PLAINTIFF RIGHT AND LEFT SIDES PERSISTED TO USE TWISTING OF CUFFES TOGETHER WITH PULLING CUFFES DOWNWARD TO INFLICT FURTHER INTENSE EXTREME PAIN AND SUFFERING. THE OFFICERS WAS SCREAMING STOP RESISTING AS A PLOY.

31. DEFENDANTS STEVEN SALLS JR., JARRED BULLOCK AND TREVOR DUNNING WAS SIMULTANEOUSLY

8

SCREAMING AS A SMOKE SCREEN THE PLAINTIFF WAS RESISTING TO CAMOFLAUGE THE DEFENDANTS COLD CALCULATED ABUSE OF PLAINTIFF.

32. THE PLAINTIFF WAS ESCORTED TO LOWER HOLDING PEN WHERE T. DIMINIK, J. BULLOCK, S. DOMINIC AND MANY OTHERS WERE STANDING AROUND WITH SMILES OR SMIRKS ON THEIR FACES.

33. WHILE IN LOWER HOLDING, PEN BOTH THE TWO (2) DEFENDANTS ON PLAINTIFF'S LEFT AND RIGHT SIDES EITHER A. BOUCHEY, OR C. MANVILLE, K. PALME, K. ST. MARY, A. SOUTHWORTH OR M. RILEY COLD-HEARTEDLY IN AN EXTREME OUTRAGEOUS RECKLESS DISREGARD ABANDON EXERCISE BEGAN TO DISPLAY THEIR CRUELTY PLACING PLAINTIFF IN AN ARM-BAR OF SORT CAUSING PAIN AND SUFFERING SO INTENSE THE PLAINTIFF DEFECATED AND URINATED ON HIMSELF.

34. DEFENDANT BULLOCK CONTINUED TO SCREAM AS A DISGUISE THAT THE DEFENDANT WERE NOT HARM THE PLAINTIFF.

35. THE PLAINTIFF WAS REMOVED FROM HOLDING PEN AND ESCORTED BACK TO HIS CELL WITH BOTH DEFENDANTS ON HIS LEFT AND RIGHT SIDE) CONTINUING TO INFLICT PAIN AND SUFFERING WITH HAND CUFFS TWISTING THEM AND USING THEIR BODY WEIGHT MALICIOUSLY AND SADISTICALLY TO CAUSE HARM PULLING DOWNWARD.

36. THE PLAINTIFF WAS LEFT WITHOUT ANY RUNNING WATER FOR APPROXIMATELY SEVEN (7) FULL HOURS WITH FECES ON HIS BODY BY DEFENDANTS THARO BULLOCK, STEVEN WILSON JR. RANDY MITCHELL, TREVOR TENEYCK AND GARY COSTMAN.

9.

FACTUAL ALLEGATIONS OF
AUGUST 6, 2019 INCIDENT

37. THE PLAINTIFF WAS INITIALLY ACCOSTED WITH THREATS OF VIOLENCE BY DEFENDANT HELMS ~~AUSTIN~~ IN EARLY MORNING HOURS

38. SOMETIME LATER JUST BEFORE BREAKFAST TRAYS WERE DELIVERED DEFENDANT AUSTIN HELMS APPROACHED ~~BY~~ THE PLAINTIFF'S CELL AND GAVE ME A MENACING STARE AND STATED: "JESSE BANKS, YOU ARE A SCUM BAG, YOU KNOW I AM GOING TO GET YOU AS SOON AS I GET A CHANCE, BECAUSE I DON'T GIVE A FLYING FUCK ABOUT YOU OR NO LAWSUIT." ~~■■■■■■~~

39. LATER THAT MORNING DEFENDANT JAMES H. ARCTIL APPROACHED PLAINTIFF'S CELL 9-A1-7 WITHOUT ANY REGARDS FOR PLAINTIFF OR THE "ABUSE OF POWER" BY HIS ~~A~~ SUBORDINATES ~~A~~ STATED UPON PLAINTIFF ~~■~~ WITH THESE ~~■~~ BASELESS, FLAGRANT, SADISTIC, REIGN OF TERROR CELL SEARCHES AND STATED" I HEARD IT ALL BEFORE AND I DON'T CARE ABOUT YOUR LAWSUITS. I AM GOING TO SEARCH YOUR CELL, SO ARE YOU ~~A~~ COMMING OUT OR I AM COMMING TO GET YOU."

40. DEFENDANT BULLOCK IS A ROGUE LIAR ~~&~~ EVERYTHING IS A CELL SEARCH EVERYTHING STAFF DOES IS JUSTIFIED. THE PLAINTIFF'S CELL HAD BEEN SEARCHED BETWEEN EIGHT OR TEN TIMES IN LAST MONTH OR TWO BY DEFENDANT BULLOCK ORDERING THESE BOGUS DIFFERENTIATION OR DIFFERENTIATED CELL SEARCHES OF MY CELL BASED ON THE ALL PREDOMINANTLY WHITE EMPLOYEE WORK FORCE ~~■■~~ NON-SENSICAL SYSTEMIC EXPLOITATION OF PLAINTIFF. BULLOCK APPROACHED THE PLAINTIFF'S CELL STRADDLING WITH HIS HANDS ACROSS ~~HIS~~ CHEST AS IF HE WAS A RULER OF SORT WITH DEFENDANT T. TENEYCK ~~■■■~~ WHOM WAS PICKING UP TRAYS.

10.



41. DEFENDANT BULLOCK THEN STATED: "JAMES YOU CAN HAVE THE BANANA OFF FLOOR BUT IT WILL NOT BE REPLACED."

42. THE PLAINTIFF HAD FILED GRIEVANCES AGAINST DEFENDANT TENEYCK FOR SEVERAL CONSECUTIVE WEEKS BASED ON SAME OR SIMILAR MISTREATMENT AS ALLEGED HEREIN.

43. ONCE AGAIN THEY USED THE PLAINTIFF'S FOOD AS A BASIS TO ASSEMBLE OTHER ABUSES.

44. THE PLAINTIFF AGREED TO COME OUT OF HIS CELL VOLUNTARILY FOR THIS VILE BASELESS FLAGRANT CELL SEARCH.

45. THE PLAINTIFF COMPLAINED TO DEFENDANTS BULLOCK AND ANTCZL REGARDING DEFENDANT HELMS THREATS OF VIOLENCE, AND OVERLY AGGRESSIVE HOSTILITIES PRIOR TO RESTRAINTS BEING APPLIED AND EXITING CELL.

46. DEFENDANT HELMS PUT CUFFS ON TOO TIGHT.

47. THE PLAINTIFF COMPLAINED TO BULLOCK AND ANTCZL

48. THE PLAINTIFF EXITED CELL CELL COMPLAINING TO DEFENDANT & JARED BULLOCK AND ANTCIL OF DEFENDANT HELMS MALICIOUS AND SADISTIC USE OF THE TIGHT CUFFS TO CAUSE HARM, PAIN AND SUFFERING UPON ME.

11.

49. THE PLAINTIFF EXITED HIS CELL AND WAS PLACED ON THE WALL TO BE PAT-FRISKED BY HIS HANDLER THAT WAS DESIGNATED TO BE DEFENDANT HELMS, WHOM WAS USING HANDCUFFS AS WEAPONS TWISTING THEM MALICIOUSLY AND SADISTICA-LLY TOO USING HIS IN EXCESS OF 350 LBS OF BODY WEIGHT TO PULL DOWN ON HANDCUFFS BEHIND PLAINTIFF'S BACK TO INFLICT EXTREME PAIN AND SUFFE-RING UPON PLAINTIFF ███████████ IN AN ACT OF COLD-HEARTED SELF-RIGHTEOUS, TAKE THE LAW IN TOO ONE'S OWN HANDS, WHITE MAN JUSTICE AND BLACKMAN GRIEF "876 DAY BACK"

50. DEFENDANTS ANTCIL AND BULLOCK DID NOTHING, DID NOTHING TO STOP OR DETER DEFENDANT HELMS SENSELESS BRUTALIZATION OF THE INNOCUOUS PLAI-NTIFF DEFENSELESS IN HANDCUFFS BEHIND HIS BACK. SAVE FOR DEFENDANTS ANTCIL AND BULLOCK SCREAMING IN AN EFFORT TO CAMOFLAUGE DEFENDANT HELMS COLD-CALCULATED ASSAULT ON THE PLAINTIFF.

51. DEFENDANT STEPHEN T. LAGRAY INTENTLY WATCHED DEFENDANT HELMS ASSAULT THE PLAINTIFF WITH RECKLESS DISREGARD ABANDON FAILURE INTERCEDE.

52. THE PLAINTIFF WAS THEN ESCORTED DOWN GALLERY COMPLAINING OF DEFENDANT HELMS SENSELESS AND UNNECESSARY USE OF EXCESSIVE FORCE UPON HIM AS PARTIES CONTINUED ██████ THROUGH GATE IN OCTAGON AREA. WHERE BOTH TOO DEFENDANT HELMS AND LAGRAY BECAME VIOLENT POKING AND JABBING THE PLAINTIFF WHILE SIMULTANEOUSLY SCREAM-ING "BARNES YOU ARE RESISTING STOP RESISTING BARNES."

53. DEFENDANT BULLOCK CONTINUED TO SCREAM TO CAMOFLAUGE THIS ATTACK ON THE PLAIN-TIFF.

12.

54. THE PLAINTIFF WAS ESCORTED TO ▆▆▆ 9-BUILDING LOWER HOLD-ING PEN WHERE DEFENDANT'S BULLOCK AND ANTELL IN A CLEAR ARBITRARY AND MALICIOUS DISCRETIONARY AUTHORITY WITHOUT ANY REGARD FOR THE PLAINTIFF AS A HUMAN-BEING ▆ JOINTLY IN A HEARTLESS COLD-BLOOD MEETING OF THE MINDS ORDERED DEFENDANT'S HELMS AND LAGRAY INTO HOLDING PEN WITH THE DEFENSELESS IN HAND-CUFFS BEHIND THE BACK PLAINTIFF WITH A DELIBERATE AND INDIFFERENT CULPA-BLE STATE OF MIND DISREGARD FOR HIS LIFE, HEALTH OR SAFETY SO DEFENDANT'S HELMS AND LAGRAY CAN CONTINUE TO INFLICT PAIN AND SUFFERING UPON HIM IN CORNER OF HOLDING PEN, ESPECIALLY IN THE LIGHT OF THE FACT AND CIRCUMSTANCES OF OCCURRENCES OF PLAINTIFF VOLUNTARILY EXITING HIS CELL THROUGH ALL OF HIS COMPLAINTS OF EXCESSIVE USE-OF-FORCE BY BOTH DEFENDANTS HELMS AND LAGRAY WITH THEIR HAVING JUST HAD MOMENTS EARLIER SCREAMED "STOP RESISTING" AS A 'SMOKE-SCREEN' TO PHYSICALLY ABUSE ME (SEE EXH M AT P.2*2):

"BUT DEFENDANTS ARE NOT NECESSARILY CORRECT THAT "[I]F THE [C]OURT CANNOT OBSERVE WHAT THE [d]EFENDANT[S]... WERE DOING TO [B]ARNES] HANDCUFFS BY WAY OF THE CAMERAS, CERTAINLY NO BYSTANDER [DEFENDANT] POSITIONED OUTSIDE THE CELL BEHIND THE PERSPECTIVE OF ANY SUCH CAMERA COULD OBSERVE WHAT OCCURRED IN THE CELL."



13.

DEFENDANT STEVEN SALLS JR. RETALIATORY INTENT

55. ON JUNE 7, 2019 THE COURT ISSUED AN ORDER (DKT NO. 35) FOR UNITED STATE MARSHALLS OFFICE TO ISSUE SUMMONS OF SERVICE AND COMPLAINT TO DEFENDANT STEVEN SALLS JR. AMONG OTHERS IN THE MATTER OF BANKS V. ANNUCCI 19-CV-0109. THE ACTUAL SUMMONS OF SERVICE AND COMPLAINT WAS ISSUED ON JUNE 11, 2019 (DKT NO 37), AND DEFENDANT SALLS WAS SERVED WITH SUMMONS AND COMPLAINT ON JULY 25, 2019 (DKT NO 70) ~~ETC~~ (SEE EXHIBITS A-D)

56. DEFENDANT SALLS, JUNE 18, 2019 THREATS OF VIOLENCE, EXCESSIVE USE OF FORCE, FAILURE TO PROTECT THE PLAINTIFF FROM VIOLENCE OR FAILURE TO INTERVENE WERE MOTIVATED BY HIS MALEVOLENT RETALIATORY MOTIVES OF HAVING RECEIVED SERVICE OF THE SUMMONS AND COMPLAINT ¶ id ¶¶ 19, 20, 23, 28, 31, 32, 55 VIOLATE ONE OF THEE MOST PRECIOUS LIBERTIES PROTECTED BY THE PLAINTIFF AS A PRISONER TO SEEK REDRESS OF GOVERNMENTAL GRIEVANCES IN JUDICIAL FORUMS AS GUARANTEED UNDER THE FIRST AMENDMENT OF THE UNITED STATES CONSTITUTION.

57. ADDITIONALLY, THE PLAINTIFF HAS PREVIOUSLY SUED DEFENDANT SALLS FOR THE SAME OR SIMILAR ALLEGATIONS, ALLEGED HEREIN IN TWO (2) OTHER CURRENT PENDING LITIGATIONS WHICH HAS FURTHER MALIGNED DEFENDANT SALLS ~~AND~~ CAMPAIGN TO CONTINUOUSLY INFLICT INTENSE EXTREME PHYSICAL, MENTAL AND EMOTIONAL PAIN AND SUFFERING UPON PLAINTIFF. (SEE EXHIBITS ~~D~~ B AT PP. 25-26; C AT P. 5; L AT PP. 12-18; M AT PP 1-2 *2).

DEFENDANT ~~████~~ TREVOR KAVICK RETALIATORY INTENT
58. DUE TO PLAINTIFF RECORDS HAVING BEEN LOST OR DESTROYED FROM ALL THE RUDE SEARCHES OF MY CELL AT "UPSTATE" AND MY TRANSFER SINCE FROM TWO (2) OTHER FACILITIES id ¶¶-¶¶ 15-17.

14.

59. THE PLAINTIFF FILED ATLEAST THREE (3) OR MORE GRIEVANCES AGAINST DEFENDANT TREVOR TENEYCK FOR HARASSMENT, AND FOOD TAMPERING AMONG OTHER MALFEASANCES FOR PREVIOUS TWO (2) CONSECUTIVE WEEKS LEADING UP TO JUNE 18,2019 OCCURRENCES id ¶¶ 15,16,17,58. (SEE EXHIBIT (EXH) D)

60. AFTER THE INTERNAL GRIEVANCES WERE FILED IN UPSTATE GRIEVANCE OFFICE AND INVESTIGATIONS CONDUCTED ON SAME-DAY OR WITHIN NEXT FIVE (5) DAYS DEFENDANT TREVOR TENEYCK, EMBARKED ON A MANIACAL CAMPAIGN OF CONTINUOUSLY HARASSING PLAINTIFF.

DEFENDANT JAMES H. ANCTIL RETALIATORY INTENT

61. DEFENDANT JAMES H. ANCTIL THREATS OF VIOLENCE, EXCESSIVE OR USE OF FORCE, FAILURE TO PROTECT PLAINTIFF FROM VIOLENCE OR FAILURE TO INTERVENE WERE MOTIVATED BY HIS ILL-WILL RETALIATORY MOTIVES OF PENDING LITIGATION PREDICATED ON ON SAME OR SIMILAR FACTS AND CIRCUMSTANCES AS ALLEGED HEREIN id ¶¶ 39,45,47,48,50,54 (SEE EXHIBIT L AT pp.13-14) VIOLATE ONE OF THE MOST PRECIOUS LIBERTY INTEREST RIGHTS PROTECTIONS OF A PRISONER TO SEEK REDRESS OF GOVERNMENTAL GRIEVANCES IN JUDICIAL FORUMS GUARANTEED UNDER FIRST AMENDMENT OF THE UNITED STATES CONSTITUTION.

DEFENDANT RANDY MITCHELL RETALIATORY INTENT

62. THE PLAINTIFF FILED ON AVERAGE OF TWO (2) GRIEVANCE COMPLAINTS A WEEK AGAINST DEFENDANT RANDY MITCHELL FOR HARASSMENT, FOR PREVIOUS TWO (2) CONSECUTIVE WEEKS LEADING UP TO 6/18/19 INCIDENT id ¶.18.

15.

63. AFTER THE INTERNAL GRIEVANCES WERE FILED IN UPSTATE GRIEV-
ANCE OFFICE AND INVESTIONS CONDUCTED ON SAME DAY OR
WITHIN NEXT FIVE (5) DAYS DEFENDANT RANDY MITCHELL,
INITIATED A TUMULTUOUS CAMPAIGN OF CONTINU-
OUSLY HARASSING THE PLAINTIFF.

DEFENDANT AUSTIN A. HELMS, RETALIATORY INTENT
64. ON JUNE 7, 2019 THE UNITED STATES DISTRICT COURT FOR THE NORTHERN
DISTRICT OF NEW YORK IS SUED AN ORDER (DKT NO. 35) FOR THE UNITED
STATES MARSHALLS OFFICE TO ISSUE SUMMONS OF SERVICE AND COM-
PLAINT TO DEFENDANT AUSTIN A. HELMS, AMONG OTHERS IN THE MATTER OF
CHARLES Y. ANNUCCI 19-CV-0109. THE ACTUAL SUMMONS OF SERVICE AND
COMPLAINT WAS ISSUED ON JUNE 11, 2019 (DKT NO. #37) AND DEFENDANT
HELMS WERE SERVED WITH THE SUMMONS AND COMPLAINT ON JULY
25, 2019 (DKT NO. 52) (SEE EXHIBITS A-D).

65. DEFENDANT HELMS AUGUST 6, 2019 THREATS OF VIOLENCE AND CALCUL-
ATED PREMEDITATED USE OF EXCESSIVE UPON THE PLAINTIFF BY HIS
MALEVOLENT RETALIATORY MOTIVES OF HAVING RECEIVED SERVICE
OF SUMMONS AND COMPLAINT id ¶¶ 3, 5, 37, 38, 45, 46, 48, 49, 52 (SEE
EXHIBIT B AT P. 22) VIOLATE ONE OF THE MOST PRECIOUS LIBERTY INTEREST
RIGHTS PROTECTIONS OF A PRISONER TO SEEK REDRESS OF GOVERNMENTAL
GRIEVANCES IN JUDICIAL FORUMS GUARANTEED UNDER FIRST AMENDMENT
OF THE UNITED STATES CONSTITUTION.

16.

66. ADDITIONALLY, THE PLAINTIFF FILED ATLEAST TWO (2) GRIEVANCES AGA-INST DEFENDANT AUSTIN HELMS FOR HARRASSMENT ON TWO (2) CON-SECUTIVE WEEKS LEADING UP TO AUGUST 6, 2019 id ¶¶ 3, 5, 37, 38, 45, 46, 48, 49, 52, 64-65 (SEE EXHIBIT E).

67. AFTER THE INTERNAL GRIEVANCES WERE FILED IN UPSTATE GRIEVANCE OFFICE AND INVESTIGATIONS WERE CONDUCTED ON SAME DAY OR WITHIN NEXT FIVE (5) DAYS DEFENDANT AUSTIN A. HELMS, EMBARKED ON A DI-ABOLICAL CAMPAIGN OF CONTINUOUSLY HARASSING PLAINTIFF.

<u>COUNT I</u>
JUNE 18, 2019 EXCESSIVE USE OF FORCE

68. THE PLAINTIFF REPEATS AND REALLEGES ALL OF THE ALLEGATIONS SET FORTH ABOVE AS IF MORE FULLY SET FORTH HEREIN id ¶¶ 1, 2-67.

69. ON JUNE 18, 2019, DEFENDANTS STEVEN SALLS, JR., JARRED BULLOCK, TREVOR DUNNING AND EITHER ANDREW BOUCHEY, CRAIG P. MAINVILLE, KEVIN PREMO, KEVIN D. ST. MARY, ADAM D. SOUTHWORTH AND MICHAEL L. RILEY IN RIOT GEAR WHOM, PLACED HANDCUFF RESTRAINTS ON THE PLAINTIFF AND WERE THE PERSONS WHOM WERE ON PLAINTIFF'S RIGHT AND LEFT SIDES FROM TIME PLAINTIFF EXITED CELL THROUGH TIME WHICH THE PLAINTIFF WAS RETURNED USED FORCE AGAINST THE PLAINTIFF MALICIOUSLY AND SADISTICALLY, FOR THE VERY PURPOSE OF CAUSING PLAINTIFF HARM id ¶¶ 15-36.

17.

70. ON SUCH DATE, DEFENDANTS STACY DOMINIE, STEVEN SALLS JR., TREVOR DUNNING, ANDREW BOUCHEY, CRAIG MAINVILLE, KEVIN PREMO, KEVIN D. ST. MARY, ADAM D. SOUTHWORTH AND MICHAEL L. RILEY FAILED TO PROTECT PLAINTIFF AGAINST THE USE OF FORCE AGAINST PLAINTIFF AND FAILED TO DO SO MALICIOUSLY AND SADISTICALLY, FOR THE VERY PURPOSE OF CAUSING PLAINTIFF HARM id ¶-¶ 15-36.

71. THE PLAINTIFF WAS INJURED AND IS ENTITLED TO DAMAGES AS A RESULT.

72. DEFENDANTS DOMINIE, SALLS JR., DUNNING, BOUCHEY, MAINVILLE, PREMO, ST. MARY, SOUTHWORTH AND RILEY WERE ACTING UNDER COLOR OF STATE LAW.

73. THE JUNE 18, 2019 ASSAULT WAS MOTIVATED BY THE EVIL INTENT OF DEFENDANTS DOMINIE, SALLS JR., DUNNING, BOUCHEY, MAINVILLE, PREMO, ST. MARY, SOUTHWORTH AND RILEY AND/OR THEY WERE RECKLESSLY AND CALLOUSLY INDIFFERENT TO PLAINTIFF'S RIGHTS. PLAINTIFF IS THEREFORE ENTITLED TO PUNITIVE DAMAGES.

74. PLAINTIFF IS ENTITLE TO HIS REASONABLE ATTORNEYS FEES, COSTS AND DISBURSEMENTS INCURRED HEREIN.

COUNT II
AUGUST 6, 2019 EXCESSIVE USE OF FORCE
75. PLAINTIFF REPEATS AND REALLEGES ALL OF THE ALLEGATIONS SET FORTH ABOVE AS IF MORE FULLY SET FORTH HEREIN id ¶-¶ 37-54.

18.

76. ON AUGUST 6, 2019, DEFENDANTS JAMES H. ANTEL, JARRED BULLOCK, AUSTIN A. HELMS AND STEPHAN T. LAGRAY USED FORCE AGAINST PLAINTIFF MALICIOUSLY AND SADISTICALLY, FOR THE VERY PURPOSE OF CAUSING PLAINTIFF HARM. Id ¶¶ 37-54.

77. ON SUCH DATE, DEFENDANTS ANTEL, BULLOCK, HELMS AND LAGRAY FAILED TO PROTECT PLAINTIFF AGAINST THE USE OF FORCE AGAINST PLAINTIFF AND FAILED TO DO SO MALICIOUSLY AND SADISTICALLY, FOR THE VERY PURPOSE OF CAUSING PLAINTIFF HARM.

78. PLAINTIFF WAS INJURED AND IS ENTITLED TO DAMAGES AS A RESULT.

79. DEFENDANTS ANTEL, BULLOCK, HELMS AND LAGRAY WERE ACTING UNDER COLOR CODE OF STATE LAW.

80. THE AUGUST 6, 2019 ASSAULT WAS MOTIVATED BY THE EVIL INTENT OF DEFENDANTS ANTEL, BULLOCK, HELMS AND LAGRAY AND/OR THEY WERE RECKLESSLY AND CALLOUSLY INDIFFERENT TO PLAINTIFF'S RIGHTS. PLAINTIFF IS THEREFORE ENTITLED TO PUNITIVE DAMAGES.

81. PLAINTIFF IS ENTITLED TO HIS REASONABLE ATTORNEY FEES, COSTS AND DISBURSEMENTS INCURRED HEREIN.

JURY DEMAND

PLAINTIFF DEMANDS A TRIAL BY JURY ON ALL ISSUES SO TRIABLE

19.

WHEREFORE, PLAINTIFF RESPECTFULLY DEMANDS:

(a) A JUDGMENT AGAINST DEFENDANTS IN THE
   AMOUNT OF HIS COMPENSATORY DAMAGES
   IN SUM OF $(500,000.00) FIVE-HUNDRED-
   THOUSAND DOLLARS;

(b) AN AWARD OF PUNITIVE DAMAGES HEREIN
   OF SUMS OF $(500,000.00) FIVE-HUNDRED-
   THOUSAND-DOLLARS;

(c) AN AWARD OF ITS ATTORNEYS' FEES AND COSTS IN
   THIS ACTION; AND

(d) SUCH OTHER AND FURTHER RELIEF AS IS JUST
   AND PROPER.

DATED: JANUARY 17, 2022
      PINE CITY NEW YORK

                          RESPECTFULLY SUBMITTED

                          _____
                          JESSIE J. BARNES 09B2707
                          SOUTHPORT CORRECTIONAL FACILITY
                          236 BOB MASIA DRIVE
                          P.O. BOX 2000
                          PINE CITY NEW YORK 14871

20.



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

JESSE J. BRANCH,
PLAINTIFF

-AGAINST-

STACY DOMINIC, et al.,
DEFENDANTS(S)

DECLARATION OF
PRO SE PLAINTIFF'S ON PERSONAL
KNOWLEDGE FOR COMPLAINT

"I" JESSE J. BRANCH, DECLARE UNDER PENALTY OF PERJURY UNDER THE
LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS
TRUE AND CORRECT:

    I DECLARE UNDER PENALTY OF PERJURY THAT I
    AM THE PLAINTIFF PROCEEDING PROSE IN THE
    ABOVE-ENTITLED ACTION,; THAT I HAVE READ THE
    FOREGOING CIVIL RIGHTS COMPLAINT
    PURSUANT TO 42 U.S.C § 1983 AND,; THAT I KNOW
    IT'S CONTENTS AND,; THAT STATED OR ALLEGED HEREIN
    IS ON PERSONAL KNOWLEDGE OF THE PRO SE PLAINTIFF

EXECUTED ON: JANUARY 17, 2022
            PINE CITY NEW YORK

                    BY Jessie J. Branch
                    JESSE J. BRANCH 09B2707
                    SOUTHPORT CORRECTIONAL FACILITY
                    236 BOB MASIA DRIVE
                    P.O. BOX 2000
                    PINE CITY NEW YORK 14871