**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

_____

JESSIE J. BARNES,

                                    Plaintiff,              9:22-CV-062
                    v.                                      (BKS/CFH)


STACY DOMINIC, et al.,

                                    Defendants.

_____

**APPEARANCES:**                        **OF COUNSEL:**

Jessie J. Barnes
09-B-2707
Mid-State Correctional Facility
P.O. Box 2500
Marcy, New York 13403
Plaintiff pro se

New York State Attorney General          AMANDA K. KURYLUK, ESQ.
The Capitol                              Assistant Attorney General
Albany, New York 12224
Attorneys for defendants

### REPORT-RECOMMENDATION & ORDER[1]

        Plaintiff pro se Jessie J. Barnes, an inmate currently in the custody of the New

York Department of Corrections and Community Supervision, brings this action

pursuant to 42 U.S.C. § 1983 asserting Eighth Amendment claims of excessive force

and failure to intervene against defendants, arising out of incidents that occurred on

June 18, 2019, and August 6, 2019.  Dkt. No. 1 ("Compl.").  Defendants filed an answer

on July 29, 2022.  Dkt. No. 34.

---

[1]  This matter was referred to the undersigned for report and recommendation pursuant to 28 U.S.C. §
536(b) and N.D.N.Y. L.R. 72.3(c).

On June 15, 2023, defendants filed a motion to dismiss for lack of prosecution pursuant to Federal Rules of Civil Procedure ("Fed. R. Civ. P.") 37 and 41. Dkt. No. 68.  On January 10, 2024, plaintiff filed an untimely response to that motion. Dkt. No. 88.

On January 11 and January 12, 2024, the Court placed a decision in this matter on the record. The transcripts of these proceedings are annexed hereto and incorporated herein by reference.  As set forth on the record, it is hereby

**RECOMMENDED**, that defendants' motion to dismiss for lack of prosecution, Dkt. No. 68, be **GRANTED**, and plaintiff's complaint, Dkt. No. 1, be DISMISSED without prejudice; and it is

**ORDERED**, that the Clerk serve the parties with this Report-Recommendation & Order in accordance with the Local Rules.

**IT IS SO ORDERED**.

Pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 72.1(c), the parties have fourteen days within which to file written objections to the foregoing report. Such objections shall be filed with the Clerk of the Court. FAILURE TO OBJECT TO THIS REPORT WITHIN FOURTEEN DAYS WILL PRECLUDE APPELLATE REVIEW. See Roldan v. Racette, 984 F.2d 85, 89 (2d Cir. 1993) (citing Small v. Secretary of Health and Human Services., 892 F.2d 15 (2d Cir. 1989)); 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 6(a). 6(e), 72.

Dated: January 18, 2024
Albany, New York

Christian F. Hummel
U.S. Magistrate Judge